■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. WELDON, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, entered April 27, 1965, which, without a hearing, denied his application to vacate two judgments of said court, rendered April 27, 1956, convicting him under separate indictments of grand larceny in the first degree and forgery in the second degree, upon his guilty pleas, and imposing sentence. Order affirmed (*People ex rel. Hirschberg* v. *Close,* 1 N Y 2d 258). Beldock, P. J., Ughetta, Christ, Hill and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD ROBERT BLAIR, Appellant, v. EDWARD M. FAY, as Warden of Green Haven State Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, entered December 12, 1962, which dismissed the writ and remanded him to the custody of the respondent warden of Green Haven Prison. Judgment reversed on the law and the facts, without costs; writ sustained; judgment of conviction of the former County Court, Queens County, rendered March 18, 1960 vacated and action remanded to the Supreme Court, Queens County, for the purpose of permitting relator (as defendant) to plead *de novo* to the indictment. The record discloses that relator was not given the warning under section 335-b of the Code of Criminal Procedure, when he pleaded guilty to attempted burglary in the third degree. Such failure renders the conviction void and amenable to collateral attack by way of habeas corpus (*People ex rel. Manning* v. *Fay,* 16 N Y 2d 1061). Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.